**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 12-22057-CIV-SEITZ/SIMONTON

CHANEL, INC.,

        Plaintiff,

vs.

7PERFECTHANDBAGS.COM, *et al.*,

        Defendants.

_____/

## ORDER GRANTING SEVENTH
## APPLICATION FOR PRELIMINARY INJUNCTION

THIS MATTER is before the Court on Plaintiff's Seventh *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets Tied to the Counterfeiting Operation (the "Seventh Application for Preliminary Injunction") [DE-147], and upon the Preliminary Injunction Hearing held on May 2, 2013. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

By the instant Application, Plaintiff Chanel, Inc. moves for entry of a preliminary injunction against Defendants the Partnerships and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants 71, 162, 164 and 168-214"),[1] for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).

The Court convened the hearing on May 2, 2013, at which only counsel for Plaintiff was present and available to present evidence supporting the Seventh Application for Preliminary Injunction [DE-147]. Defendants 71, 162, 164, and 168-214 have not responded to the Seventh

---

[1] Defendants 71, 162, 164 and 168-214 are the Partnerships and Unincorporated Associates identified on Schedule "A" hereto (collectively, "Defendants").

Application for Preliminary Injunction, nor made any filing in this case, nor have Defendants 71, 162, 164, and 168-214 appeared in this matter either individually or through counsel.[2] Because Plaintiff has satisfied the requirements for the issuance of a preliminary injunction, the Court will grant Plaintiff's Seventh Application for Preliminary Injunction [DE-147].

## I.    __Factual Background[3]__

1.    Plaintiff manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, luxury goods under multiple federally registered trademarks. (*See* Declaration of Adrienne Hahn Sisbarro in Support of Plaintiff's Seventh Application for Temporary Restraining Order ["Hahn Decl."] ¶ 3.)

2.    Plaintiff is the registered owner of the following trademarks on the Principal Register of the United States Patent and Trademark Office (collectively, the "Chanel Marks"):

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,612,169 | September 13, 1955 | (Int'l Class: 14) Necklaces |

---

[2] Defendants 169 (asinecases.com), 172 (bagsnice.com), 179 (cooliaccessory.com) and 193 (comeparts.com) responded via email upon notification by Paypal of the account restraint. Plaintiff's counsel replied to the responses and informed Defendants 169, 172, 179 and 193 of the upcoming hearing on May 2, 2013, and the deadline for submission of a formal response and/or objection as detailed in the 7th TRO. To date, Plaintiff's counsel has received no further communication or formal responses to the 7thTRO from Defendants 169, 172, 179 or 193. True and correct copies of Defendant 169, 172, 179 and 193's emails together with Plaintiff's counsel's replies are attached to the Notice of Responses Received in Connection with Asset Restraint submitted to this Court [DE-160].

[3] The factual background is taken from Plaintiff's Sixth Amended Complaint, Seventh Application for Preliminary Injunction, and supporting evidentiary submissions. Plaintiff filed declarations and exhibits annexed thereto in support of its Seventh Application for Preliminary Injunction. The declarations are available in the docket at the following entries: Declaration of Adrienne Hahn Sisbarro [DE 147-1], Declaration of Eric Rosaler [DE 147-8], and Declaration of Stephen M. Gaffigan [DE 147-16].

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,626,035 | May 1, 1956 | (Int'l Class: 18) Women's handbags |
| CHANEL | 0,906,262 | January 19, 1971 | (Int'l Class: 25) Coats, suits, blouses, and scarves |
| CHANEL | 0,955,074 | March 13, 1973 | (Int'l Class: 14) Watches |
| ⊚ | 1,241,264 | June 7, 1983 | (Int'l Class: 25) Suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, tee-shirts, coats, raincoats, scarves, shoes and boots |
| CHANEL | 1,241,265 | June 7, 1983 | (Int'l Class: 25) Suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, coats, raincoats, scarves, shoes and boots |
| ⊚ | 1,347,094 | July 9,1985 | (Int'l Class: 3) A full line of perfumery, cosmetics, and toiletries |
| CHANEL | 1,348,842 | July 16, 1985 | (Int'l Class: 3) Full line of perfumery, cosmetics and toiletries |
| ⊚ | 1,501,898 | August 30, 1988 | (Int'l Class: 6) Keychains<br><br>(Int'l Class: 14) Costume jewelry<br><br>(Int'l Class: 16) Gift wrapping paper<br><br>(Int'l Class: 25) Blouses, shoes, belts, scarves, jackets, men's ties<br><br>(Int'l Class: 26) Brooches, buttons for clothing |
| CHANEL | 1,510,757 | November 1, 1988 | (Int'l Class: 9) Sunglasses |

3

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| [CC logo] | 1,654,252 | August 20, 1991 | (Int'l Class: 9) Sunglasses |
| CHANEL | 1,733,051 | November 17, 1992 | (Int'l Class: 18) Leather goods; namely, handbags, wallets, travel bags, luggage, business and credit card cases, change purses, tote bags, cosmetic bags sold empty, and garment bags for travel |
| [CC logo] | 1,734,822 | November 24, 1992 | (Int'l Class: 18) Leather goods; namely, handbags, wallets, travel bags, luggage, business card cases, change purses, tote bags, and cosmetic bags sold empty |
| J12 | 2,559,772 | April 9, 2002 | (Int'l Class: 14) -Timepieces; namely, Watches, and Parts Thereof |
| [CC logo] | 3,025,934 | December 13, 2005 | (Int'l Class: 18) – Handbags |
| [CC logo] | 3,025,936 | December 13, 2005 | (Int'l Class: 9) Eyeglass frames, sunglasses<br><br>(Int'l Class: 25) Gloves, swimwear<br><br>(Int'l Class: 26) Hair accessories namely barrettes |
| CHANEL | 3,133,139 | August 22, 2006 | (Int'l Class: 14) Jewelry and watches |

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 3,134,695 | August 29, 2006 | (Int'l Class: 9) Ski goggles, eyeglass frames, mobile phone straps, sunglasses, sunglass parts, cases for spectacles and sunglasses<br><br>(Int'l Class: 20) Mirrors, namely personal compacts and hand-held mirrors<br><br>(Int'l Class: 25) Ski boots, sun visors, suspenders, sweatbands, swimwear, stockings and socks<br><br>(Int'l Class: 26) Hair accessories namely barrettes and pony-tail holders<br><br>(Int'l Class: 28) Bags specially adopted for sports equipment, basketballs, kites, skis, ski polls, tennis rackets, tennis balls, tennis racket covers, golf clubs, golf bags, snow boards |
| CHANEL | 3,890,159 | December 14, 2010 | (Int'l Class: 9) Cases for telephones<br><br>(Int'l Class: 16) Temporary tattoos<br><br>(Int'l Class: 18) Key cases |
| ℂℂ | 4,074,269 | December 20, 2011 | (Int'l Class: 9) Protective covers for portable electronic devices, handheld digital devices, personal computers and cell phones<br><br>(Int'l Class: 16) Temporary tattoos<br><br>(Int'l Class: 18) Key cases |

The Chanel Marks are used in connection with the manufacture and distribution of goods in the categories identified above. (*See* Hahn Decl. ¶ 4; *see also* United States Trademark Registrations of the Chanel Marks at issue attached as Composite Exhibit A to the Hahn Decl.)

3.      Defendants, through the Internet websites operating under the domain names identified on Schedule "A" hereto (the "Group VII Subject Domain Names"), have advertised, promoted, offered for sale, and/or sold, at least, handbags, wallets, shoes, boots, belts, scarves,

sunglasses, watches, cases for telephones, protective covers for portable electronic devices, including cell phones, cosmetics, and costume jewelry, including necklaces, bracelets, earrings and rings bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Chanel Marks. (*See* Hahn Decl. ¶¶ 9, 11-14.)

4.     Although each Defendant may not copy and infringe each Chanel Mark for each category of goods protected, Plaintiff has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Chanel Marks. (*See* Hahn Decl. ¶¶ 11-14.) Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, and/or colorable imitations of the Chanel Marks. (*See* Hahn Decl. ¶¶ 9, 13, 16.)

5.     Plaintiff again retained AED Investigations, Inc., a licensed private investigative firm, to investigate the sale of counterfeit versions of Plaintiff's products by Defendants. (*See* Hahn Decl. ¶ 10; Declaration of Eric Rosaler in Support of Plaintiff's Seventh Application for Temporary Restraining Order ["Rosaler Decl."] ¶ 3.)

6.     Eric Rosaler ("Rosaler"), an officer of AED Investigations, Inc., accessed two of the Internet websites operating under the Group VII Subject Domain Names, **cheapchanel.co.uk** and **ez2have.com**, placed orders for the purchase of various products, including a bracelet and a wallet – all bearing counterfeits of, at least, one of the Chanel Marks at issue in this action, and requested each product be shipped to his address in Aventura, Florida. (*See* Rosaler Decl. ¶¶ 4-7 and Composite Exhibits A-B thereto.) Rosaler finalized payment for the Chanel-branded bracelet purchased    through    **cheapchanel.co.uk**[4]    via    PayPal    to    the    PayPal    account, linxueqiong16@gmail.com and the Chanel branded wallet purchased through **ez2have.com** via

---

[4] The product Rosaler initially purchased via the cheapchanel.co.uk website was out of stock, so he selected an alternate item from the website, also bearing at least one of the Chanel Marks at issue in this action. (*See* Rosaler Decl. ¶ 4.)

PayPal to the PayPal account, ec2have@gmail.com. (*See* Rosaler Decl. ¶¶ 4-7 and Composite Exhibits A-B thereto.) Subsequently, Rosaler received the Chanel branded bracelet and wallet he ordered from the Defendants via the Internet website operating under the Group VII Subject Domain Names, **cheapchanel.co.uk** and **ez2have.com**, respectively, and forwarded the bracelet and wallet he purchased and received to Chanel for review and analysis, along with photographs of the items and the respective Chains of Custody. (*See* Rosaler Decl. ¶¶ 5, 7 and Composite Exhibits A-B thereto; Hahn Decl. ¶¶ 11-12.)

7.      Additionally, Rosaler accessed the Internet websites operating under the Group VII Subject Domain Names identified in the table below, and went through the purchasing process[5] for various products, most of which bore counterfeits of, at least, one of the Chanel Marks at issue in this action.[6] (*Id.* at ¶ 8 and Composite Exhibit C thereto.) Following submission of his orders, Rosaler received information for finalizing payment for each of the items ordered via PayPal and/or bank transfer to Defendants' respective PayPal and/or bank accounts, as follows:

| Domain List | Payment Method | Account[7] |
|---|---|---|
| bestcosmeticswholesales.com cosmeticswholesales2u.com | PayPal | supermarket888@hotmail.com |
| asinecases.com | PayPal | joyceiphoneipadcases@hotmail.com |

---

[5] Rosaler intentionally did not finalize his purchases from the Internet websites so as to avoid contributing funds to Defendants' coffers.

[6] Although all of the websites operating under the Group VII Subject Domain Names offer for sale Chanel branded items (*see* Hahn Decl. ¶ 13 and Composite Exhibit B attached thereto, [DE 147-3 through DE 147-5], Rosaler intentionally purchased non-Chanel-branded merchandise from some of the websites operating under the Group VII Subject Domain Names as part of his investigative process. (*See* Rosaler Decl. ¶ 8, n. 1.)

[7] The full account numbers of all financial institution accounts identified herein have been redacted to avoid disclosure of private financial information, in compliance with Fed. R. Civ. P. 5.2(a)(4).

| | | |
|---|---|---|
| sacchanel2013.org | PayPal | companyserverss@gmail.com |
| chanelonlineoutlet.co.uk | PayPal | linxueqiong16@gmail.com |
| chanelsaleonline.co.uk | PayPal | yugenzeng@gmail.com |
| | Bank Transfer | Bank of China Wenzhou Branch<br>Bank Account No.: ********6825<br>Account Name: Yu Yan Bin<br>Swift Code: BKCHCNBJ92B |
| freeshipping88.com | PayPal | fashion7788@hotmail.com |
| bagsnice.com | PayPal | eshopcnfull@gmail.com |
| sweet926.com | PayPal | alisweet86@hotmail.com |
| wholesale2006.net | PayPal | ok21nike@hotmail.com |
| 7star-knockoff.com | Bank Transfer | Bank of China Guangdong Branch<br>Bank Account No.: **************3609<br>Account Name: Cong Huang<br>Swift Code: BKCHCNBJ400 |
| knockoffnamehandbag.com | PayPal | knbgpayment@gmail.com |
| cheapguccihandbagsoutlets.com | PayPal | 499347531@qq.com |
| luckcoco.com<br>brandtrade777.com | PayPal | alinaking2011@hotmail.com |

| | | Bank of China Putian Branch |
|---|---|---|
| brandtrade777.com | Bank Transfer | Bank Account No.: ******_****_***697-7 Account Name: Zheng Xuee Swift Code: BKCHCNBJ73C |
| cathaywholesale.org | PayPal | all.about.were@gmail.com |
| chaneloutletbagsuk.com | PayPal | linjj.xmpay@gmail.com |
| cooliaccessory.com | PayPal | 397503703@qq.com |
| mycheapthings.com | PayPal | chorushe@gmail.com |
| replica-watches-sale.com | PayPal | chengdw1989@hotmail.com |
| sinowatches.us | PayPal | payment.cn2013@gmail.com |
| sunglassesnordstrom.com | PayPal | hupingying2013@hotmail.com |
| swissgallory.com | PayPal | angelworld520@gmail.com |
| wonderfuljewelryonline.com | PayPal | fix20070115@sina.com |
| pursestyle.net toteso.com | PayPal | bozto@live.com |
| 1-pc8838.com[8] | PayPal | strapdesire@gmail.com |
| onsalejewels.com | PayPal | jewelryorder@hotmail.com |
| pursefocus.us | PayPal | mkisses@163.com |
| ebbagg.com | PayPal | 452198958@qq.com |
| shopfashiongirl.com | PayPal | 644366979@qq.com |
| worldleathers.tw | PayPal | dwywd2008@hotmail.com |
| comeparts.com | PayPal | h.sulian@hotmail.com |
| ecbol.com | PayPal | payment@eccbol.com |

---

[8] Shortly after Rosaler accessed the Internet website operating under the Group VII Subject Domain Name, perfectclonesfor.me, he received two e-mails from the Defendant via the e-mail addresses perfectclonesforme@gmail.com and perfect88clones@gmail.com, welcoming him as a customer to the site. Thereafter, Rosaler sent an e-mail to the Defendant requesting the PayPal account to finalize his purchase. The Defendant responded to Rosaler's e-mail advising him that the perfectclonesfor.me website "is just a test website for some function" and to place his order via the Internet website operating under the Group VII Subject Domain Name, 1-pc8838.com. After accessing the 1-pc8838.com website and placing his order, Rosaler received another e-mail from the Defendant notifying him that the PayPal payment instructions will provide him with a different website to make his payment, in part, "paypal does not condone the use of their facility for replica transactions…" The PayPal payment instructions Rosaler received directed him to make payment via the Internet website strapdesire.com. Rosaler accessed the website strapdesire.com and received the PayPal account, strapdesire@gmail.com, to finalize payment for his purchase. (*See* Rosaler Decl. ¶ 8, n. 4.)

| | | |
|---|---|---|
| | | Bank of China Putian Branch<br>Bank Account No.: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*5090<br>Account Name: Chen Huiqun<br>Swift Code: BKCHCNBJ73C |
| chinasalebags.com | Bank Transfer | Bank of Communications, Co. Ltd. (Offshore Banking Unit)<br>Bank Account No.: \*\*\*\*\*\*\*\*\*\*\*\*1096<br>Account Name: Everflying Shoes Clothing Limited<br>Swift Code: COMMCN3XOBU |
| handbag928.com | Bank Transfer | Industrial and Commercial Bank of China, Guangdong Provincial Branch<br>Bank Account No.: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*5860<br>Account Name: Zhang Chunrong<br>Swift code: ICBKCNBJGDG |
| chinadesignerhandbags.com<br>china-replicahandbags.com<br>chinareplicashandbags.com | Bank Transfer | Bank of China Putian Branch<br>Bank Account No.: \*\*\*\*\*\*\*-\*\*\*\*-\*\*\*428-1<br>Account Name: Zhang ShuHua<br>Swift Code: BKCHCNBJ73C |
| cocobagsoutlets.com | Bank Transfer | Bank of China Fujian Branch<br>Bank Account No.: \*\*\*\*\*\*\*-\*\*\*\*-\*\*\*736-5<br>Account Name: Dexiong Yang<br>Swift Code: BKCHCNBJ720 |
| evhandbag.com | Bank Transfer | Bank of China Guangdong Branch<br>Bank Account No.: \*\*\*\*\*\*\*-\*\*\*\*-\*\*\*395-1<br>Account Name: Yueqiong Xie<br>Swift Code: BKCHCNBJ400 |
| mkcheapreplicabagsonline.com | Bank Transfer | Bank of China Putian Branch<br>Bank Account No.: \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*7 919<br>Account Name: Feilong Jiang<br>Swift Code: BKCHCNBJ73C |
| replicabolsos.com | Bank Transfer | Bank of China<br>Bank Account No.: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*9508<br>Account Name: Fang Hai Ping<br>Swift Code: BKCHCNBJ400 |
| replicacoachbagspurses.com | Bank Transfer | Bank of China Beijing Branch<br>Bank Account No.: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*6054<br>Account Name: Yihong Lin<br>Swift Code: BKCHCNBJ110 |
| weshoppingonline.com | Bank Transfer | Industrial and Commercial Bank of China (Kunming City Branch)<br>Bank Account No.: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*0077<br>Account Name: Yanbin Li<br>Swift Code: ICBKCNBJKMG |

| | | |
|---|---|---|
| wholesalebags2013.com | Bank Transfer | Bank of China Putian Branch<br>Bank Account No.: **** **** **** ***9 299<br>Account Name: Le Qi Sen<br>Swift Code: BKCHCNBJ73C |
| shoppinglvbags.com | Bank Transfer | Bank of China Putian Branch<br>Bank Account No.: **** **** **** ***5 520<br>Account Name: Chao Zheng<br>Swift Code: BKCHCNBJ73C |
| chanelbagsaleus.com<br>cheapchanelbagsoultet.com<br>topchanelbagstores.com | Bank Transfer | Bank of China Shanghai Branch<br>Bank Account No.: ***************1831<br>Account Name: Wenting Tang<br>Swift Code: BKCHCNBJ300 |
| fashionablezone.com | Bank Transfer | China Construction Bank Corporation Zhejiang Branch<br>Bank Account No.: ***************1934<br>Account Name: Lu Jiang Bo'L Share Ltd.<br>Swift Code: PCBCCNBJZJX |
| finechanelwatch.com | Bank Transfer | Shenzhen Development Bank Co., Ltd. (Head Office)<br>Bank Account No.: *********7601<br>Account Name: Chance Winner International Ltd.<br>Swift Code: SZDBCNBS |

*(See* Rosaler Decl. ¶ 8 and Composite Exhibit C thereto.)

  8.  Furthermore, Chanel's representative, Adrienne Hahn Sisbarro, accessed the Internet websites operating under the Group VII Subject Domain Names worldleathers.hk, worldleathers.tw, comeparts.com, ecbol.com, justdobrand.com, ccearrings4sale.com, newtop777.com, cnshoesmall.com, kenwholesale.com, and cheapgoodshoes.com and captured the "Payment" pages providing the bank transfer information for finalizing payments for purchases identifying the bank accounts for each website as follows:

| Subject Domain Name | Bank Account |
|---|---|
| worldleathers.hk<br>worldleathers.tw | Bank of China Guangdong Branch<br>Bank Account Number: ***** ***** ***** 7373<br>Account Name: Ding Qingquan<br>Swift Code: BKCHCNBJ400 |

| | |
|---|---|
| comeparts.com | HSBC Hong Kong<br>Bank Account Number: ***-*****8-833<br>Account Name: Xuqikun<br>Swift Code: HSBCHKHHHKH |
| ecbol.com | HSBC Hong Kong<br>Bank Account Number: ***-*****3-717<br>Account Name: Ecbol.com Limited<br>Swift Code: HSBCHKHHHKH |
| | Bank of China Shenzhen Branch<br>Bank Account Number: ******* ******* *0664<br>Account Name: ZhouShuiBing<br>Swift Code: BKCHCNBJ45A |
| justdobrand.com | Bank of China Guangdong Branch<br>Bank Account Number: **************6434<br>Account Name: Zhaofu Wan<br>Swift Code: BKCHCNBJ400 |
| ccearrings4sale.com | China Merchants Bank (Hong Kong Branch)<br>Bank Account Number: ****** *** ***4801<br>Account Name: Chaofeng Shi<br>Swift Code: CMBCHKHH |
| newtop777.com | Bank of China Putian Branch<br>Bank Account Number: *******-****-***320-5<br>Account Name: Zheng Jin Hua [First Name<br>(Forename): jinhua Last Name (Surname): zheng]<br>Swift Code: BKCHCNBJ73C |
| cnshoesmall.com | Bank of China Putian Branch<br>Bank Account Number: ********2498<br>Account Name: Chen Linshan<br>Swift Code: BKCHCNBJ73C |
| kenwholesale.com | Bank of China Guangdong Branch<br>Bank Account Number: ****-****-****-***0-077<br>Account Name: Huang Jing Shun<br>Swift Code: BKCHCNBJ400 |
| cheapgoodshoes.com | Bank of China Fujian Branch<br>Bank Account Number: **** **** **** ***7 918<br>Account Name: Zhi Xiong Chen<br>Swift Code: BKCHCNBJ720 |

(*See* Hahn Decl. ¶ 15 and Composite Exhibit D thereto.)

9.      Thereafter, the detailed web page listings, images, and photographs of the Chanel branded bracelet and wallet purchased and received by Rosaler via the Internet websites operating under the Group VII Subject Domain Names cheapchanel.co.uk and ez2have.com,

12

respectively, as well as the wallet[9] Rosaler purchased and received via the Internet website operating under the Group VII Subject Domain Name ez2have.com, were reviewed by Plaintiff's representative, Adrienne Hahn Sisbarro, who determined the products to be non-genuine, unauthorized Chanel products. (*See* Rosaler Decl. ¶¶ 4-7; Hahn Decl. ¶¶ 11-12, 16.) Additionally, Plaintiff's representative reviewed and visually inspected the items bearing Plaintiff's trademarks offered for sale through the Internet websites operating under the Group VII Subject Domain Names and determined the products to be unauthorized, non-genuine versions of Plaintiff's products. (*See* Hahn Decl. ¶¶ 13, 16.)

10.     On April 18, 2013, upon this Court's approval [DE-150], Plaintiff filed its Sixth Amended Complaint [DE-152] against Defendants 71, 162, 164, and 168-214 for trademark counterfeiting and infringement, false designation of origin, and cybersquatting.  On April 10, 2013, Plaintiff filed its Seventh *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets Tied to the Counterfeiting Operation [DE-147].   On April 23, 2013, the Court issued an Order Granting Plaintiff's Seventh *Ex Parte* Application for Entry of a Temporary Restraining Order [DE-154] and temporarily restrained Defendants 71, 162, 164, and 168-214 from infringing the Plaintiff's Marks at issue. Pursuant to the Court's April 23, 2013 Order, Plaintiff provided Defendants 71, 162, 164, and 168-214 with notice and copies of the Court's April 23, 2013 Order and Plaintiff's Seventh *Ex Parte* Application for Entry of a Temporary Restraining Order, Preliminary Injunction and Order Restraining the Transfer of Assets Tied to the Counterfeiting Operation, via email to the email address(es) reflected in the domain registration data for the Group VII Subject Domain Names, via email to the email address(es) provided on the Internet websites operating under the Group

---

[9] To date, Ms. Hahn Sisbarro has not yet received the Chanel branded bracelet Rosaler purchased and received from the Internet website operating under the Group VII Subject Domain Name, cheapchanel.co.uk. (*See* Hahn Decl. ¶ 12, n. 1.)

VII Subject Domain Names, and/or electronically via the contact submission web page provided on the websites for the Subject Domain Names.[10]  Thereafter, a Certificate of Service was filed confirming service on the Defendants 71, 162, 164, and 168-214 [DE-158].

## II.  LEGAL STANDARD

In order to obtain a preliminary injunction, a party must demonstrate "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

## III.  ANALYSIS

The declarations Plaintiff submitted in support of its Seventh Application for Preliminary Injunction support the following conclusions of law:

A.    Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, and/or distribution of handbags, wallets, shoes, boots, belts, scarves, sunglasses, watches, cases for telephones, protective covers for portable electronic devices, including cell phones, cosmetics, and costume jewelry, including necklaces, bracelets, earrings and rings bearing counterfeits, reproductions, and/or colorable imitations of the Chanel Marks, and that the products Defendants are selling and promoting are copies of Plaintiff's products that bear copies of the Chanel Marks on handbags,

---

[10] As of the date of preliminary injunction hearing conducted on May 2, 2013, the redirection of the Group VII Subject Domain Names to the serving site, http://servingnotice.com/OMG/index.html, has not been finalized.  Although each of Defendants 71, 162, 164, and 168-214 have received notice of the Court's April 23, 2013 Order and the May 2, 2013 hearing via the electronic notification methods authorized by the Court.

wallets, shoes, boots, belts, scarves, sunglasses, watches, cases for telephones, protective covers for portable electronic devices, including cell phones, cosmetics, and costume jewelry, including necklaces, bracelets, earrings and rings.

B.     Because of the infringement of the Chanel Marks, Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Sixth Amended Complaint, Seventh Application for Preliminary Injunction, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers because it is more likely true than not that:

1.     Defendants own or control Internet website businesses which advertise, promote, offer for sale, and sell, at least handbags, wallets, shoes, boots, belts, scarves, sunglasses, watches, cases for telephones, protective covers for portable electronic devices, including cell phones, cosmetics, and costume jewelry, including necklaces, bracelets, earrings and rings bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.     There is good cause to believe that more counterfeit and infringing products bearing Plaintiff's trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

C.     The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer and distributor of quality products, if such relief is not issued; and

D.     The public interest favors issuance of the preliminary injunction in order to protect Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as genuine goods of Plaintiff.

E.     Under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of handbags, wallets, shoes, boots, belts, scarves, sunglasses, watches, cases for telephones, protective covers for portable electronic devices, including cell phones, cosmetics and costume jewelry, including necklaces, bracelets, earrings and rings bearing counterfeits and infringements of the Chanel Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'"

F.     Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil and Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

G.     In light of the inherently deceptive nature of the counterfeiting business, and Defendants' blatant violation of the federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV.    CONCLUSION

For the foregoing reasons, it is

16

**ORDERED AND ADJUDGED** that Plaintiff's Seventh Application for Preliminary Injunction is hereby **GRANTED** [DE-147] as follows:

(1)   Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined:

     a.   From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Chanel Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

     b.   From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Chanel Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Chanel Marks, or any confusingly similar trademarks.

(2)   Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Chanel Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Group VII Subject Domain Names;

(3)   Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Chanel Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache

17

memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the Group VII Subject Domain Names;

(4)     Each Defendant shall not transfer ownership of the Group VII Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain name Registrars for the Group VII Subject Domain Names are directed, to the extent not already done, to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Group VII Subject Domain Names;

(6)     The domain name Registrars for the Group VII Subject Domain Names shall immediately, to the extent not already done, assist in changing the Registrar of record for the Group VII Subject Domain Names, excepting any such domain names which such Registrars have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with a Registrar of Plaintiff's choosing (the "New Registrar"). To the extent the Registrars do not assist in changing the Registrars of Record for the domains under their respective control within one (1) business day of receipt of this Order and instructions on the change of the Registrars of Record, the top-level domain (TLD) Registries (or their administrators) for the Group VII Subject Domain Names, within five (5) business days of receipt of this Order, shall, change or assist in changing, the Registrar of record for the Group VII Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with the New Registrar. As a matter of law, this Order shall no longer apply to any Defendant or associated domain name dismissed from this action. Upon the change of the Registrar of record for the Group VII Subject Domain Names, the New Registrar will maintain

access to the Group VII Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/omg/index.html whereon copies of the Sixth Amended Complaint and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Group VII Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Sixth Amended Complaint, this Order, and all other documents on file in this action are displayed. After the New Registrar has effected this change, the Group VII Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants;

(7)     Upon Plaintiff's request, the privacy protection service for any Group VII Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered, to the extent not already done, to disclose to Plaintiff the true identities and contact information of those Registrants;

(8)     Plaintiff may enter, and continue to enter, the Group VII Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants which redirect traffic to the counterfeit operations to a new domain name or website and thereby evade the provisions of this Order;

(9)     Each Defendant shall preserve, and continue to preserve, copies of all their computer files relating to the use of any of the Group VII Subject Domain Names and shall take

all steps necessary to retrieve computer files relating to the use of the Group VII Subject Domain Names that may have been deleted before the entry of this Order;

(10)   Upon receipt of notice of this Order, PayPal, Inc. ("PayPal")[11] and its related companies and affiliates shall, to the extent not already done, immediately freeze all funds, as opposed to ongoing account activity, in or which hereafter are transmitted into the PayPal accounts related to the Defendants and associated email addresses identified on Schedule "B" hereto and the following specific PayPal account recipients:

| PayPal Account |
| --- |
| linxueqiong16@gmail.com |
| ec2have@gmail.com |
| supermarket888@hotmail.com |
| joyceiphoneipadcases@hotmail.com |
| companyserverss@gmail.com |
| yugenzeng@gmail.com |
| fashion7788@hotmail.com |
| eshopcnfull@gmail.com |
| alisweet86@hotmail.com |
| ok21nike@hotmail.com |
| knbgpayment@gmail.com |
| 499347531@qq.com |
| alinaking2011@hotmail.com |
| all.about.were@gmail.com |
| linjj.xmpay@gmail.com |
| 397503703@qq.com |
| chorushe@gmail.com |
| chengdw1989@hotmail.com |
| payment.cn2013@gmail.com |
| hupingying2013@hotmail.com |
| angelworld520@gmail.com |
| fix20070115@sina.com |
| bozto@live.com |
| strapdesire@gmail.com |
| jewelryorder@hotmail.com |

---

[11] PayPal is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. (*See* Gaffigan Decl. ¶ 9 and Exhibit C attached thereto.)

| |
|---|
| mkisses@163.com |
| 452198958@qq.com |
| 644366979@qq.com |
| dwywd2008@hotmail.com |
| h.sulian@hotmail.com |
| payment@eccbol.com |

as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), (ii) any other accounts which transfer funds into the same financial institution account(s), and/or any of the other PayPal accounts subject to this Order; and (iii) any other PayPal accounts tied to or used by any of the Group VII Subject Domain Names identified on Schedule "A" hereto;

(11)   Upon receipt of notice of this Order, PayPal and its related companies and affiliates shall, to the extent not already done, immediately freeze all funds, as opposed to ongoing account activity, in or which hereafter are transmitted into PayPal accounts linked to, associated with, or that transmit funds into Defendants' identified bank accounts,[12] including but not limited to the:

| Bank Name | Account Name | Bank Account Number |
|---|---|---|
| Bank of China Wenzhou Branch | Yu Yan Bin | ********6825 |
| Bank of China Guangdong Branch | Cong Huang | ***************3609 |
| Bank of China Putian Branch | Zheng Xuee | *******_****_***697-7 |
| Bank of China Putian Branch | Chen Huiqun | ***************5090 |
| Bank of Communications, Co. Ltd. (Offshore Banking Unit) | Everflying Shoes Clothing Limited | ************1096 |
| Industrial and Commercial Bank of China, Guangdong Provincial Branch | Zhang Chunrong | ***************5860 |
| Bank of China Putian Branch | Zhang ShuHua | *******_****_***428-1 |

[12] The full account numbers have been redacted to avoid disclosure of private financial information, in compliance with Fed. R. Civ. P. 5.2(a)(4); however, the full account numbers are identified on Plaintiff's Notice of Filing Reference List, filed under seal, which shall be disclosed to PayPal to effectuate the relief ordered herein.

| | | |
|---|---|---|
| Bank of China Fujian Branch | Dexiong Yang | *******-****-***736-5 |
| Bank of China Guangdong Branch | Yueqiong Xie | *******-****-***395-1 |
| Bank of China Putian Branch | Feilong Jiang | **** **** **** ***7 919 |
| Bank of China | Fang Hai Ping | ***************9508 |
| Bank of China Beijing Branch | Yihong Lin | ***************6054 |
| Industrial and Commercial Bank of China (Kunming City Branch) | Yanbin Li | ***************0077 |
| Bank of China Putian Branch | Le Qi Sen | **** **** **** ***9 299 |
| Bank of China Putian Branch | Chao Zheng | **** **** **** ***5 520 |
| Bank of China Shanghai Branch | Wenting Tang | ***************1831 |
| China Construction Bank Corporation Zhejiang Branch | Lu Jiang Bo'L Share Ltd. | ***************1934 |
| Shenzhen Development Bank Co., Ltd. (Head Office) | Chance Winner International Ltd. | **********7601 |
| Bank of China Guangdong Branch | Ding Qingquan | ***** ***** ***** 7373 |
| HSBC Hong Kong | Xuqikun | ***-*****8-833 |
| HSBC Hong Kong | Ecbol.com Limited | ***-*****3-717 |
| Bank of China Shenzhen Branch | ZhouShuiBing | ******* ******* *0664 |
| Bank of China Guangdong Branch | Zhaofu Wan | ***************6434 |
| China Merchants Bank (Hong Kong Branch) | Chaofeng Shi | ****** *** ***4801 |
| Bank of China Putian Branch | Zheng Jin Hua [First Name (Forename): jinhua Last Name (Surname): zheng] | *******-****-***320-5 |
| Bank of China Putian Branch | Chen Linshan | ********2498 |
| Bank of China Guangdong Branch | Huang Jing Shun | ****-****-****-***0-077 |
| Bank of China Fujian Branch | Zhi Xiong Chen | **** **** **** ***7 918 |

and any other related accounts of the same customers;

    (12)    PayPal shall also, to the extent not already done, immediately divert to a holding account for the trust of the Court all funds in all PayPal accounts related to the PayPal account recipients:

| PayPal Account |
|---|
| linxueqiong16@gmail.com |

| |
|---|
| ec2have@gmail.com |
| supermarket888@hotmail.com |
| joyceiphoneipadcases@hotmail.com |
| companyserverss@gmail.com |
| yugenzeng@gmail.com |
| fashion7788@hotmail.com |
| eshopcnfull@gmail.com |
| alisweet86@hotmail.com |
| ok21nike@hotmail.com |
| knbgpayment@gmail.com |
| 499347531@qq.com |
| alinaking2011@hotmail.com |
| all.about.were@gmail.com |
| linjj.xmpay@gmail.com |
| 397503703@qq.com |
| chorushe@gmail.com |
| chengdw1989@hotmail.com |
| payment.cn2013@gmail.com |
| hupingying2013@hotmail.com |
| angelworld520@gmail.com |
| fix20070115@sina.com |
| bozto@live.com |
| strapdesire@gmail.com |
| jewelryorder@hotmail.com |
| mkisses@163.com |
| 452198958@qq.com |
| 644366979@qq.com |
| dwywd2008@hotmail.com |
| h.sulian@hotmail.com |
| payment@eccbol.com |

and any other related accounts of the same customer(s), and/or all PayPal accounts linked to, associated with, or that transmit funds into Defendants' identified bank accounts, including but not limited to the:

| Bank Name | Account Name | Bank Account Number |
|---|---|---|
| Bank of China Wenzhou Branch | Yu Yan Bin | ********6825 |
| Bank of China Guangdong Branch | Cong Huang | **************3609 |
| Bank of China Putian Branch | Zheng Xuee | *******-****-***697-7 |
| Bank of China Putian Branch | Chen Huiqun | **************5090 |

| | | |
|---|---|---|
| Bank of Communications, Co. Ltd. (Offshore Banking Unit) | Everflying Shoes Clothing Limited | ***********1096 |
| Industrial and Commercial Bank of China, Guangdong Provincial Branch | Zhang Chunrong | ***************5860 |
| Bank of China Putian Branch | Zhang ShuHua | *******-****-***428-1 |
| Bank of China Fujian Branch | Dexiong Yang | *******-****-***736-5 |
| Bank of China Guangdong Branch | Yueqiong Xie | *******-****-***395-1 |
| Bank of China Putian Branch | Feilong Jiang | **** **** **** ***7 919 |
| Bank of China | Fang Hai Ping | **************9508 |
| Bank of China Beijing Branch | Yihong Lin | **************6054 |
| Industrial and Commercial Bank of China (Kunming City Branch) | Yanbin Li | **************0077 |
| Bank of China Putian Branch | Le Qi Sen | **** **** **** ***9 299 |
| Bank of China Putian Branch | Chao Zheng | **** **** **** ***5 520 |
| Bank of China Shanghai Branch | Wenting Tang | ***************1831 |
| China Construction Bank Corporation Zhejiang Branch | Lu Jiang Bo'L Share Ltd. | **************1934 |
| Shenzhen Development Bank Co., Ltd. (Head Office) | Chance Winner International Ltd. | **********7601 |
| Bank of China Guangdong Branch | Ding Qingquan | ***** ***** ***** 7373 |
| HSBC Hong Kong | Xuqikun | ***-*****8-833 |
| HSBC Hong Kong | Ecbol.com Limited | ***-*****3-717 |
| Bank of China Shenzhen Branch | ZhouShuiBing | ******* ******* *0664 |
| Bank of China Guangdong Branch | Zhaofu Wan | **************6434 |
| China Merchants Bank (Hong Kong Branch) | Chaofeng Shi | ****** *** ***4801 |
| Bank of China Putian Branch | Zheng Jin Hua [First Name (Forename): jinhua Last Name (Surname): zheng] | *******-****-***320-5 |
| Bank of China Putian Branch | Chen Linshan | ********2498 |
| Bank of China Guangdong Branch | Huang Jing Shun | ****-****-****-***0-077 |
| Bank of China Fujian Branch | Zhi Xiong Chen | **** **** **** ***7 918 |

and any other related accounts of the same customers as well as any other accounts which transfer funds into the same financial institution account(s) as any of the other PayPal accounts subject to this Order;

(13)   PayPal shall further, to the extent not already done, within five days of receiving this Order, provide Plaintiff's counsel with all data which details (i) an accounting of the total funds frozen and identifies the PayPal account(s) which the frozen funds are related to, and (ii) the account transactions related to all funds transmitted into the PayPal account(s) which have been restrained.  Such freezing of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until further order of this Court.  PayPal shall receive and maintain this Order and its contents as confidential until further order of this Court. No funds restrained by this Order shall be transferred or surrendered by PayPal for any purpose (other than pursuant to a chargeback made pursuant to PayPal's security interest in the funds) without the express authorization of this Court;

(14)   Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants 71, 162, 164, and 168-214 may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(15)   This Order shall apply to the Group VII Subject Domain Names, the associated websites, and any other domain names properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by Defendants for the

purpose of counterfeiting the Chanel Marks at issue in this action and/or unfairly competing with

Plaintiff on the World Wide Web or in connection with search engine results pages; and

This Preliminary Injunction shall remain in effect during the pendency of this action, or until

further Order of this Court.

DONE AND ORDERED in Miami, Florida, this 2nd day of May, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND GROUP VII SUBJECT DOMAIN NAMES

| Defendant Number | Defendant/Subject Domain Name |
|---|---|
| 71 | sacchanel2013.org |
| 162 | wholesale2006.net |
| 164 | perfectclonesfor.me |
| 164 | 1-pc8838.com |
| 168 | bestcosmeticswholesales.com |
| 168 | cosmeticswholesales2u.com |
| 169 | asinecases.com |
| 170 | chanelonlineoutlet.co.uk |
| 170 | chanelsaleonline.co.uk |
| 170 | cheapchanel.co.uk |
| 171 | freeshipping88.com |
| 172 | bagsnice.com |
| 172 | voguebb.com |
| 173 | sweet926.com |
| 174 | 7star-knockoff.com |
| 174 | knockoffnamehandbag.com |
| 174 | 1st-handbags.org |
| 175 | cheapguccihandbagsoutlets.com |
| 175 | intonike.net |
| 176 | luckcoco.com |
| 176 | brandtrade777.com |
| 177 | cathaywholesale.org |
| 178 | chaneloutletbagsuk.com |
| 179 | cooliaccessory.com |
| 180 | ez2have.com |
| 181 | mycheapthings.com |
| 182 | replica-watches-sale.com |
| 183 | sinowatches.us |
| 184 | sunglassesnordstrom.com |
| 185 | swissgallory.com |
| 186 | wonderfuljewelryonline.com |
| 187 | pursestyle.net |
| 187 | toteso.com |
| 188 | onsalejewels.com |
| 189 | pursefocus.us |
| 190 | ebbagg.com |
| 191 | shopfashiongirl.com |

| 192 | worldleathers.hk |
|-----|------------------|
| 192 | worldleathers.tw |
| 193 | comeparts.com |
| 194 | ecbol.com |
| 195 | chinasalebags.com |
| 196 | justdobrand.com |
| 197 | handbag928.com |
| 198 | ccearrings4sale.com |
| 199 | chinadesignerhandbags.com |
| 199 | china-replicahandbags.com |
| 199 | chinareplicashandbags.com |
| 200 | cocobagsoutlets.com |
| 201 | newtop777.com |
| 202 | cnshoesmall.com |
| 203 | evhandbag.com |
| 204 | kenwholesale.com |
| 205 | mkcheapreplicabagsonline.com |
| 206 | replicabolsos.com |
| 207 | replicacoachbagspurses.com |
| 208 | weshoppingonline.com |
| 209 | wholesalebags2013.com |
| 210 | shoppinglvbags.com |
| 211 | chanelbagoutlet255.com |
| 211 | chanelbagsaleus.com |
| 211 | cheapchanelbagsoultet.com |
| 211 | topchanelbagstores.com |
| 212 | fashionablezone.com |
| 213 | finechanelwatch.com |
| 214 | cheapgoodshoes.com |

**SCHEDULE "B"**
**DEFENDANT PARTNERSHIPS OR UNINCORPORATED ASSOCIATIONS**
**BY GROUP VII SUBJECT DOMAIN NAMES AND**
**ASSOCIATED E-MAIL ADDRESSES**

| Defendant Number | Defendant/Subject Domain Name | E-Mail Addresses |
|---|---|---|
| 71 | sacchanel2013.org | 418016209@qq.com |
| 162 | wholesale2006.net | wholesale2006@hotmail.com |
| 164 | perfectclonesfor.me | perfectclonesforme@gmail.com<br>perfect88clones@gmail.com<br>madoka.biz@gmail.com<br>Yourperfectclones@gmail.com |
| 164 | 1-pc8838.com | perfect88clones@gmail.com<br>strapdesire@gmail.com<br>admin@1-pc8838.com<br>admin@trustytime88.com |
| 168 | bestcosmeticswholesales.com | pinkdream0520@hotmail.com<br>wo13666037774@yahoo.com.cn |
| 168 | cosmeticswholesales2u.com | pinkdream0520@hotmail.com<br>cosmeticswholesales@hotmail.com<br>pinkdream0520@yahoo.com<br>cosmeticswholesales@gmail.com<br>cosmeticswholesales@yahoo.com |
| 169 | asinecases.com | asinecases@gmail.com<br>ewsefds@yahoo.com<br>ashinekit@gmail.com |
| 170 | chanelonlineoutlet.co.uk | sale@discountluxurydealer.com |
| 170 | chanelsaleonline.co.uk | sale@discountluxurydealer.com |
| 170 | cheapchanel.co.uk | sale@discountluxurydealer.com |
| 171 | freeshipping88.com | dtfreeshipping@gmail.com<br>key2world@yahoo.com.cn<br>dtfashionshop@hotmail.com |
| 172 | bagsnice.com | ggzyzh@gmail.com |
| 172 | voguebb.com | www.handbag520@163.com<br>961634675@qq.com<br>ggzyzh@gmail.com |
| 173 | sweet926.com | kele926@hotmail.com<br>princewq@126.com |
| 174 | 7star-knockoff.com | huangcong116@163.com<br>sales@OEBags.com<br>handbagsdealer@gmail.com |
| 174 | knockoffnamehandbag.com | knockoffnamebag@gmail.com<br>knockoffnamebag@hotmail.com |
| 174 | 1st-handbags.org | huafeihua116@163.com |

| | | |
|---|---|---|
| 175 | cheapguccihandbagsoutlets.com | hi-importers@hotmail.com<br>discountguccisalecheap@live.com<br>cartsong@hotmail.com<br>intonike@hotmail.com |
| 175 | intonike.net | admin@intonike.net<br>hi-importers@hotmail.com<br>cartsong@hotmail.com<br>intonike@hotmail.com |
| 176 | luckcoco.com | brandtrade7@yahoo.cn<br>brandtrade777@hotmail.com |
| 176 | brandtrade777.com | brandtrade777@hotmail.com<br>1242819720@qq.com<br>brandtrade7@yahoo.cn |
| 177 | cathaywholesale.org | cathaystore@gmail.com<br>cathaystore@hotmail.com |
| 178 | chaneloutletbagsuk.com | chaneloutletbagsuk@gmail.com<br>zhangfs132@gmail.com |
| 179 | cooliaccessory.com | cooliaccessory@163.com<br>julyoung@163.com<br>cooliaccessory@hotmail.com<br>juliatang2010@hotmail.com |
| 180 | ez2have.com | ec2have@gmail.com<br>ec2have.sales@gmail.com<br>wysgjzx@yahoo.com.cn<br>ec2have.sales1@gmail.com<br>ec2have.sales2@gmail.com<br>ec2have.sales3@gmail.com<br>ec2have.sales4@gmail.com |
| 181 | mycheapthings.com | mycheapthings@163.com<br>300483@qq.com |
| 182 | replica-watches-sale.com | N/A |
| 183 | sinowatches.us | mail@sinowatches.us |
| 184 | sunglassesnordstrom.com | sunglassesnordstrom@hotmail.com<br>briananswer@hotmail.com |
| 185 | swissgallory.com | watchgallery88@gmail.com<br>mido5168@gmail.com |
| 186 | wonderfuljewelryonline.com | wonderfulpresent@yahoo.com<br>Sales@chinagoodsbay.com<br>Service@chinagoodsbay.com<br>changjunchao123@gmail.com |
| 187 | pursestyle.net | info@pursestyle.net |
| 187 | toteso.com | infoo@toteso.com<br>crystal.d.ferry@gmail.com |
| 188 | onsalejewels.com | salejewels@hotmail.com<br>kleider2@163.com<br>service@istiffany.com |

| 189 | pursefocus.us | pursefocus@hotmail.com<br>estylebag@hotmail.com |
|---|---|---|
| 190 | ebbagg.com | jessicas@ebbagg.net<br>weddingme@hotmail.com<br>ebbaggaftersale@gmail.com |
| 191 | shopfashiongirl.com | serviceuk356@yahoo.com<br>christianlou123@gmail.com |
| 192 | worldleathers.hk | losirr@hotmail.com<br>info@worldleathers.com.tw<br>www.worldleathers.com.tw@hotmail.com<br>sweety@worldleathers.com.tw |
| 192 | worldleathers.tw | info@worldleathers.com.tw<br>losirr@hotmail.com<br>www.worldleathers.com.tw@hotmail.com |
| 193 | comeparts.com | xqik@live.cn<br>sales@comeparts.com |
| 194 | ecbol.com | sales01@ecbol.com<br>zhouzhoumoney@139.com<br>sales@ecbol.com |
| 195 | chinasalebags.com | salic@126.com<br>bags@hotsalegoods.com |
| 196 | justdobrand.com | justdobrand@gmail.com<br>service@justdobrand.com<br>justdobrand@gmail.com<br>exTrustService@hotmail.com<br>exTrustService@yahoo.com |
| 197 | handbag928.com | goodbrands128@hotmail.com<br>goodbrands_128@yahoo.com.cn<br>goodbrands@163.com |
| 198 | ccearrings4sale.com | rz13383830161@126.com |
| 199 | chinadesignerhandbags.com | trade_cherry@hotmail.com<br>kelly2008trade@hotmail.com<br>trade_Lynn@hotmail.com<br>trade_Lynn@yahoo.cn<br>trade_cherry@yahoo.cn |
| 199 | china-replicahandbags.com | sherry.86urbanwear@msn.com<br>kelly2008trade@hotmail.com<br>alimamatrade@yahoo.cn |
| 199 | chinareplicashandbags.com | sherry.86urbanwear@msn.com<br>kelly2008trade@hotmail.com<br>alimamatrade@yahoo.cn |
| 200 | cocobagsoutlets.com | Dandyloxy@hotmail.com<br>zhoulijian0805@hotmail.com |
| 201 | newtop777.com | newtop777@yahoo.com<br>designer777-3@hotmail.com<br>designer777-4@hotmail.com |

| | | |
|---|---|---|
| 202 | cnshoesmall.com | cn_chenzhiwei@hotmail.com<br>cnnikemall@hotmail.com |
| 203 | evhandbag.com | evwatch@163.com<br>evhandbag@hotmail.com<br>evhandbag@gmail.com |
| 204 | kenwholesale.com | kenwholesale@hotmail.com<br>grandbuying@hotmail.com<br>wholesaledaily@gmail.com |
| 205 | mkcheapreplicabagsonline.com | fakehandbags2006@gmail.com<br>65457467457@qq.com<br>bagsheaven2006@live.com |
| 206 | replicabolsos.com | 8853712@qq.com<br>imitacionbolsa01@hotmail.com |
| 207 | replicacoachbagspurses.com | onlinestoretrade@gmail.com<br>wholesaleonlinetrade@gmail.com |
| 208 | weshoppingonline.com | weshoppingonline@hotmail.com<br>yanis538@hotmail.com |
| 209 | wholesalebags2013.com | onlinesellshop@hotmail.com<br>leqisen520@hotmail.com<br>wholesalebags2013@gmail.com |
| 210 | shoppinglvbags.com | zcinsert@163.com<br>janelolaa@hotmail.com<br>janelolaa@yahoo.com<br>janeelola@yahoo.com |
| 211 | chanelbagoutlet255.com | candy84621@gmail.com |
| 211 | chanelbagsaleus.com | lovelybagservice@gmail.com<br>cheaplouisvuittonlinesgs@gmail.com<br>replicabag4sale@gmail.com |
| 211 | cheapchanelbagsoultet.com | lovelybagservice@gmail.com<br>cheapchanelbagsoultet@gmail.com<br>replicabag4sale@gmail.com |
| 211 | topchanelbagstores.com | lovelybagservice@gmail.com<br>chanelbagscheapsb@gmail.com<br>replicabag4sale@gmail.com |
| 212 | fashionablezone.com | danielmmeek@aol.com<br>besthandbags999@hotmail.com |
| 213 | finechanelwatch.com | finechanel@gmail.com<br>finechanelwatch@gmail.com |
| 214 | cheapgoodshoes.com | mydiscountbag@hotmail.com<br>cheapno1@hotmail.com |